IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. W., MOTHER OF R.K. AND
E.K.,

      Appellant,

v.

GUARDIAN AD LITEM
PROGRAM,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1801

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

M. W., pro se.

David Paul Krupski of the Guardian ad Litem Program, and Ward L. Metzger of
Department of Children and Families, for Appellees.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.